

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Rodrigo Miguel Castelan, Appellant

No. 06-23-00244-CR     v.

The State of Texas, Appellee

Appeal from the 354th District Court of Hunt County, Texas (Tr. Ct. No. 34308CR). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that Castelan was found guilty of aggravated sexual assault under Section 22.021 of the Texas Penal Code, a first-degree felony. As modified, we affirm the judgment of the trial court.

We note that the appellant, Rodrigo Miguel Castelan, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 4, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk